IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-60571
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

YAMINAH McAFEE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:98-CR-3-2-PG
_____

June 8, 1999

Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

Yaminah McAfee appeals her conviction for conspiracy to possess cocaine base with the intent to distribute, in violation of 21 U.S.C. § 846; possession of cocaine base with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1); employment of a minor to distribute cocaine base, in violation of 21 U.S.C. § 861(a)(1); and felon in possession of a firearm, in violation of 18 U.S. §§ 922(g)(1) and 924(a)(2).

McAfee's challenge to the sufficiency of the evidence is essentially a challenge to the jury's credibility and weight-of-

_____

[*]Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

the-evidence determinations.  Since the testimony of Drug Enforcement Administration Agent Roger Caplinger and coconspirator Eddie Hannibal was not patently unbelievable or incredible, McAfee has failed to show that a reasonable trier of fact could not have found guilt beyond a reasonable doubt.  <u>United States v. Lopez</u>, 74 F.3d 575, 578 (5th Cir. 1996); <u>United States v. Bell</u>, 678 F.2d 547, 549 (5th Cir. 1982)(en banc).

A F F I R M E D.